## Caldwell Estate.

Argued October 9, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Donald L. McCaskey,* with him *Dale Cleland, William C. Hurtt,* and *Cleland, Hurtt and Witt,* and *Buchanan, Ingersoll, Rodewald, Kyle and Buerger,* for appellants.

*Stephen E. Nash,* with him *G. Harold Blaxter, G. W. Wilde,* and *Blaxter, O'Neill, Houston & Nash,* for appellees.

*Loyal H. Gregg,* with him *Jones, Gregg, Creehan, Graffam and Gerace,* for appellee.

*Harvey A. Miller, Jr.,* with him *Miller & Miller,* for appellee.

OPINION PER CURIAM, January 9, 1970:
Decree affirmed. Appellants to pay costs.